Rebecca A. Patterson
Lloyd B. Miller
Chloe E. Cotton
SONOSKY, CHAMBERS, SACHSE,
  MILLER & MONKMAN, LLP
510 L Street, Suite 310
Anchorage, AK 99501
(907) 258-6377
Fax: (907) 272-8332
lloyd@sonosky.net
rebecca@sonosky.net
chloe@sonosky.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA NATIVE TRIBAL HEALTH CONSORTIUM, <br><br> *Plaintiff,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., Secretary, U.S. Department of Health and Human Services, and UNITED STATES OF AMERICA, <br><br> *Defendants.* | Case No: 3:21-cv-00260-HRH |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alaska Native Tribal Health Consortium, acting pursuant to a Settlement Agreement executed July 9, 2026, hereby voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted this July 9, 2026.

SONOSKY, CHAMBERS, SACHSE, MILLER
  & MONKMAN, LLP

By:   */s/ Rebecca Patterson*
      Rebecca A. Patterson
      Alaska Bar No. 1305028
      Lloyd B. Miller
      Alaska Bar No. 7906040
      Chloe E. Cotton
      Alaska Bar No. 2011103
      510 L Street, Suite 310
      Anchorage, AK 99501
      Telephone: (907) 258-6377
      Rebecca@sonosky.net
      Lloyd@sonosky.net
      Chloe@sonosky.net

      *Attorneys for Plaintiff Alaska Native*
      *Tribal Health Consortium*

## **CERTIFICATE OF SERVICE**

I certify that on July 9, 2026, a copy of the
foregoing document was served via ECF on:

Bethany Theriot, Trial Attorney
Bethany.Theriot@usdoj.gov

*/s/ Rebecca Patterson*
Rebecca Patterson